MACAU YOUCHENG TRADING CO. AND ZHONGSHAN YOUCHENG WOODEN ARTS AND CRAFTS CO., LTD., PLAINTIFFS, v. UNITED STATES, DEFENDANT.

Court No. 07–00322

## JUDGMENT

GORDON, Judge: In this action, Defendant sought and received a voluntary remand. *See* Order dated August 18, 2008. Defendant filed its remand results on October 3, 2008. *See* Final Results of Redetermination Pursuant to Voluntary Remand, *Macau Youcheng Trading Co. v. United States*, Court No. 07–00322 (Oct. 3, 2008) (*"Redetermination"*). All parties in this action concur with the Redetermination. Accordingly, upon the court's review of the Redetermination, and all relevant papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Redetermination is sustained.